**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 98-6087**

—————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIE HORTON,

Defendant - Appellant.

—————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, District Judge.
(CR-89-180-A, CA-93-439-AM)

—————

Submitted: August 31, 1998      Decided: October 7, 1998

—————

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

—————

Dismissed by unpublished per curiam opinion.

—————

George Franklin West, Jr., RICHARDS, MCGETTIGAN, REILLY & WEST, Alexandria, Virginia, for Appellant. Debra Sue Straus, Assistant United States Attorney, David Glenn Barger, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Horton, Nos. CR-89-180-A; CA-93-439-AM (E.D. Va. Jan. 31, 1995; Nov. 25, 1997)  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED